### 6948.   NOBLES *v.* THE STATE.

BROYLES, J.   1.  A defendant, at any time before judgment is pronounced against him, has a right to withdraw his plea of "guilty" and plead "not guilty" (Penal Code, § 971); and this is true although it was at the instance of the defendant that the court did not pronounce sentence upon him at the time he pleaded guilty, but deferred doing so for several days, and although all the witnesses in the case had been dismissed and all the jurors discharged for the term.

2.  The judge erred in overruling the motion to vacate the judgment and sentence.                                        *Judgment reversed.*

DECIDED NOVEMBER 20, 1915.

Accusation of gaming; from Laurens superior court—Judge Kent.   August 28, 1915.

*James G. Howard,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.

---

### 6280.   BOHLER *v.* TEXAS COMPANY.

BROYLES, J.   A promise to pay the debt of another is, under the statute of frauds, void, unless put in writing; but where both parties were primarily liable for the debt, this principle of law is not involved. There was some evidence to support the finding of the trial judge of the municipal court of Atlanta that the plaintiff in error was the real owner of the concern known as "The Whitehall Garage," when the goods were sold to it by the defendant in error; and that finding having been approved by the appellate division of the municipal court, we will not interfere.                                        *Judgment affirmed.*

DECIDED DECEMBER 2, 1915.

Complaint; from municipal court of Atlanta.   December 18, 1914.

*Howell C. Erwin,* for plaintiff in error.   *W. G. Shearer,* contra.